# United States Court of Appeals
## For the First Circuit

No. 12-1243

IVÁN GONZÁLEZ-CANCEL; JOSÉ BARBOSA

Plaintiffs, Appellants,

v.

PARTIDO NUEVO PROGRESISTA; COMISIÓN ESTATAL DE ELECCIONES

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on October 2, 2012 is amended as follows:

On cover page, change "DA" to "DE" between "ESTATAL" and "ELECCIONES".